# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Robin G. Ricksecker )
    Petitioner, )
) Case No CIV-18-157 H E
-vs- )
)
LSF9 MASTER PARTICIPATION )
)
TRUST, et.al., )
)
    Defendants, )

FILED

MAY 11 2018

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## PETITIONER'S MOTION IN OPPOSITION OF DEFENDANTS MOTION TO DISMISS AND BRIEF IN SUPPORT

Now comes Robin G. Ricksecker (Hereinafter Petitioner) to submit this Motion to the Honorable Court in opposition of Defendant's Motion and Brief. At all times relevant Petitioner has not failed to state a claim for which relief can be granted. An astute observation of the Defendant's response to the complaint was not an answer nor was there a denial of any of the statements. Yet, an astute observation of Defendants Motion to dismiss is not an answer to the denial of Petitioners rights, or the federal question at hand. Failure to make any objections. Submission to an act of which one had knowledge. Exists where a person knows or ought to know that he is entitled to enforce his right or to impeach a transaction, and neglects to do so for such a length of time as would imply that he intended to waive or abandon his right. ***Yench v. Stockmar, C.A. Colo., 483 F2d 820, 824.*** Petitioner asserts that this matter is regarding the violations of Petitioner's federally protected rights according to the U.S. Constitution of the United States of America. The case was properly removed according to the practices and procedures of the law. At all times relevant to 28 U.S. CODE §1443 (1) Upon the record of denial of due process, Defendants never deny that Petitioner was not afforded the right to a hearing of conference according to the National Housing Act. At all times relevant Defendants filed a fraudulent foreclosure dated, May 5th, 2015, Yet, an astute observation of Defendants Motion to dismiss is NOT an answer to

the denial of Petitioners rights, or the federal question at hand. Failure to make any objections.

**WHEREFORE,** Defendants have agreed to the evidence, fraud, denial of Petitioner's federally protected rights via of acquiescence. A silent appearance of consent.

Respectfully submitted, 9 May 18

Robin G. Ricksecker
13200 S.W. 10th Street
Oklahoma City, OK 73099
(818) 613-9206